```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 37615
   IDA L HUDSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3933

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/15/2005 and was confirmed 10/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                          PAID            PAID
--------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED          12785.00       1442.22         7047.62
WELLS FARGO AUTO FINANCE  UNSECURED         2600.99            .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED            .00             .00
BYL AGENCY                NOTICE ONLY     NOT FILED            .00             .00
CAPITAL ONE               UNSECURED         1805.92            .00             .00
CINGULAR WIRELESS         UNSECURED          388.08            .00             .00
ERS                       NOTICE ONLY     NOT FILED            .00             .00
ISAC                      UNSECURED         3179.77            .00             .00
LEADING MAN CLOTHES       UNSECURED       NOT FILED            .00             .00
UNITED STUDENT AID FUNDS  UNSECURED         2531.70            .00             .00
TOTAL GYM FITNESS         UNSECURED       NOT FILED            .00             .00
WAL MART                  UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          496.88            .00             .00
AMERICAS FINANCIAL CHOIC  UNSECURED       NOT FILED            .00             .00
CCS INC                   NOTICE ONLY     NOT FILED            .00             .00
CHECK N GO OF IL          UNSECURED       NOT FILED            .00             .00
CHECK IN TO CASH          UNSECURED       NOT FILED            .00             .00
DISTRICT FINANCIAL SERVI  UNSECURED       NOT FILED            .00             .00
GENESIS FINANCIAL SERVIC  UNSECURED       NOT FILED            .00             .00
HOUSEHOLD BANK            UNSECURED       NOT FILED            .00             .00
ILLINOIS LENDING CORP     UNSECURED       NOT FILED            .00             .00
SPECIFIED CREDIT ASSOC    NOTICE ONLY     NOT FILED            .00             .00
THE LOAN MACHINE          UNSECURED       NOT FILED            .00             .00
LEGAL HELPERS PC          DEBTOR ATTY       2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                             650.16
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  11,340.00

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 37615 IDA L HUDSON
```

```
PRIORITY                                                          .00
SECURED                                                      7,047.62
     INTEREST                                                1,442.22
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,200.00
TRUSTEE COMPENSATION                                           650.16
DEBTOR REFUND                                                     .00
                                   ----------------   ----------------
TOTALS                                   11,340.00          11,340.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 37615 IDA L HUDSON